UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE E. BROWN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) Case No. 1:08 CV 182 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

Movant George Brown has once again filed a motion under Rule 60(b), in this civil case, again seeking to re-litigate his 2006 criminal conviction. Brown represented himself at a jury trial and was convicted of possession with intent to distribute five grams or more of cocaine base. Case No. 1:05CR178. His conviction and sentence were affirmed on appeal. *United States v. Brown,* 499 F.3d 817 (8th Cir. 2007). I denied his motion to vacate his sentence in this case brought under 28 U.S.C. §2255 [ECF # 23] and the Court of Appeals denied a certificate of appealability [ECF # 32]. In the years after that, Brown has filed a number of Rule 60(b) and other motions, which I have denied. [ECF # 37, 44, 54, 57]. The Court of Appeals has repeatedly denied his requests for certificates of appealability. [ECF # 49, 50, 68]. The Supreme Court has repeatedly denied his petitions for certiorari. [ECF # 36, 53]. His motion for writ of coram nobis was filed as a separate suit and denied by another judge. Case No. 1:17CV103 RLW

(Dismissed June 20, 2017).  In the meantime he was released from prison and committed a new crime.  He was convicted and sentenced in the new case, Case No. 1:15CR63 RLW, and his supervised release was revoked in the original criminal case.  The appeals in his criminal cases are numerous, but despite all these filings, he has never obtained any post-conviction or appellate relief.  This is because all his filings are patently frivolous.  Yet he continues to file them.

I have reviewed the most recent motion, and find it, like the others before it, to be wholly without merit.

Accordingly,

**IT IS HEREBY ORDERED** that George Brown's latest motion for relief [69] is denied.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability as this motion, like the others, is frivolous.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of December, 2018.